United States Bankruptcy Court
Central District of California

IN RE:                                                          Case No. 2-10-bk-42831-EL

Mirzakhanyan, Zharman                                           Chapter **13**
_____
               Debtor(s)

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **3** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **August 6, 2010**          Signature: */s/ Zharman Mirzakhanyan*
                                              **Zharman Mirzakhanyan**
                                                                                      Debtor

Date: _____          Signature: _____
                                                                              Joint Debtor, if any

Date: **August 6, 2010**          Signature: */s/ Jose Perez*
                                              **Jose Perez 171438**
                                                                              Attorney (if applicable)





FILED
AUG 13 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

February 2006                                                                2006 USBC Central District of California

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

In re
Mirzakhanyan, Zharman

CHAPTER: 13

Debtor(s).   CASE NO.: 2:10-bk-42831-EC

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, **Mirzakhanyan, Zharman**                                          , the debtor in this case, declare under penalty
*(Print Name of Debtor)*
of perjury under the laws of the United States of America that:

☑ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____ , the debtor in this case, declare under penalty
*(Print Name of Joint Debtor, if any)*
of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date: **August 13, 2010**        Signature _____
                                                                                            Debtor

Date: _____        Signature _____
                                                                                            Joint Debtor (if any)

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                                      Case No. 2:10-bk-42831-EC

Mirzakhanyan, Zharman                                                                       Chapter 13
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Pursuant to 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For document preparation services, I have agreed to accept ............................................................. $ _____0.00_____

    Prior to the filing of this statement I have received ..................................................................... $ _____

    Balance Due ........................................................................................................... $ _____

2. I have prepared or caused to be prepared the following documents (itemize):
    **Disclosure of Compensation of Bankruptcy Petition Preparer**

    and provided the following services:

3. The source of the compensation paid to me was: ☐ Debtor  ☑ Other (specify): **I am Debtor's husband.**

4. The source of compensation to be paid to me is: ☐ Debtor  ☑ Other (specify): **I am Debtor's husband.**

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:
    NAME: _VAZGEN  MIRZAKHANYAN_____ SSN: _561 13 6084_

X _[signature]_
        Signature

**Vazgen Mirzakhanyan**
Printed name and title, if any, of Bankruptcy Petition Preparer

Address: **1335 Highland Avenue**

**Glendale, CA 91202**

SOCIAL SECURITY NUMBER

**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**                                        __8/06/2010__
Social Security number of bankruptcy                    Date
petition preparer. (If bankruptcy petition
preparer is not an individual, state the
Social Security number of the officer,
principal, responsible person or partner of
the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both.*
*11 U.S.C. § 110; 18 U.S.C. § 156.*

Zharman Mirzakhanyan


Law Office of Jose Perez
714 West Olympic Blvd Suite 450
Los Angeles, CA  90015

Bank Of America
PO BOX 15026
Wilmington, DE   19850


Bloomingdale's
PO Box 183083
Columbus, OH   43218-3083


Chase Bank
900 Stewart Avenue FL 3
Garden City, NY   60094-4014


DCFS USA LLC
36455 Corporate Drive
Farmington, MI   48331


Excel National Bank
43385 Business Park Drive Suite 16
Temecula, CA   92590


HSBC Bank
1441 Schilling Place
Salinas, CA   93901


HSBC Bank
Best Buy
PO Box 15519
Wilmington, DE   19850


LVNV Funding LLC
PO Box 10584
Greenville, SC   29603


Macy's Credit And Customer Service
9111 Duke Blvd
Mason, OH   45040

```
NCO Financial Systems
507 Prudential ROA
Horsham, PA  19044


Neiman Marcus
PO Box 5235
Carol Stream, IL  60197-5235


Real Time Resolution
1750 Regal Row Suite 120
Dallas, TX  75235


Sears
2626 S Hardy Drive
Tempe, AZ  85282
```

| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | | PAY LOCATION / PAY CYCLE | ISSUE DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|---|
| 10199 | L A CO. OFFICE OF EDUCATION | | | | 7212   H1A | 07-23-2010 | 3094367 |

| EMPLOYEE NAME | EMPLOYEE ID | FEDERAL STATUS / ALLOWANCES | STATE STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES | |
|---|---|---|---|---|---|
| MIRZAKHANYAN, ZHARMEN | CX9119316 | M / 04 | M / 04 | 00 | |

### EARNINGS - COMPENSATION

| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT |
|---|---|---|---|---|---|
| N H | REGULAR | 07-15-2010 | 27.58 | 80.00 | 2,206.40 |

### DEDUCTIONS/TAXES/MISC

| EMPLOYEE DEDUCTIONS | CURRENT AMOUNT | YTD TOTALS |
|---|---|---|
| **PRE-TAX REDUCTIONS** | | |
| PERS RED | 165.85 | 879.25 |
| **EMPLOYEE DEDUCTIONS** | | |
| OASDI DED | 136.79 | 706.21 |
| MEDCAR DED | 31.99 | 424.06 |
| FWT | 106.49 | 1,507.06 |
| SWT | 26.10 | 385.53 |
| **EMPLOYER CONTRIBUTIONS** | | |
| PERS CON | 257.55 | 1,351.19 |
| OASDI CON | 136.79 | 706.21 |
| MEDCAR CON | 31.99 | 424.06 |
| SUI | 15.89 | 105.26 |
| WORK COMP | 136.80 | 1,773.27 |
| OPEB 2 | | 88.62 |

| ******** LEAVE BALANCES ******** | CURRENT TAXABLE BALANCES | | YTD TAXABLE BALANCES | | CURRENT PAY SUMMARY | |
|---|---|---|---|---|---|---|
| VACATION | FEDERAL | 2,040.55 | FEDERAL | 27,075.87 | GROSS PAY | 2,206.40 |
| SICK LEAVE | STATE | 2,040.55 | STATE | 27,075.87 | REDUCTIONS | 165.85 |
| COMP TIME | MEDI GROSS | 2,206.40 | MEDI GROSS | 29,245.80 | TAXES | 301.37 |
| | OASDI GROSS | 2,206.40 | OASDI GROSS | 11,390.54 | DEDUCTIONS | |
| | CA SDI GROSS | | CA SDI GROSS | | | |
| | GROSS EARN'S | 2,206.40 | GROSS EARN'S | 28,600.46 | NET PAY | $1,739.18 |

| DISTRICT NAME | DISTRICT ADDRESS | |
|---|---|---|
| L A CO. OFFICE OF EDUCATION | 9300 IMPERIAL HWY. | DOWNEY, CA 90242 |

---

L A CO. OFFICE OF EDUCATION

NO. 3094367

Date Issued 07-23-2010

| Amount |
|---|
| $1,739.18 |

*ONE THOUSAND SEVEN HUNDRED THIRTY-NINE
AND 18/100 DOLLARS

LOCATION 212
ACCRUAL DATE
07-15-2010

NOT NEGOTIABLE

ZHARMEN MIRZAKHANYAN
3338 STEPHENS CIRCLE
GLENDALE, CA  91208

NET PAY IN THE AMOUNT OF    $1,739.18
HAS BEEN DEPOSITED TO YOUR ACCOUNT.