**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                              Case No. **2:10-bk-42831-EC**

**Mirzakhanyan, Zharman**                                                           Chapter **13**
                        Debtor(s)

## AMENDED SCHEDULES OR DOCUMENTS

A filing fee of $26 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added? Yes ✓ No ___

Indicate below which schedule(s) is(are) being amended.

A ____ B ____ C ____ D ____ E ✓ F ____ G ____ H ____ I ____ J ____

Statement of Affairs ____ Statement of Intentions ____ Other ____

**NOTE: IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.**

I/We do hereby declare under penalty of perjury that the foregoing is true and correct.

Date: **August 26, 2010**

Signature: **/s/ Zharman Mirzakhanyan**
                                                            *Debtor*

Signature: _____
                                                            *(Joint Debtor, if any)*

*** FOR COURT USE ONLY ***

FILED
AUG 27 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

Dated: <u>August 26, 2010</u>        VAZGEN   MIRZAKHANYAN
                                    *Print or Type Name*

/s/ _____
    *Signature*

State Of California Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0011

B6E (Official Form 6E) (04/10)

IN RE Mirzakhanyan, Zhannan _____ Case No. 2:10-bk-42831-EC
                    Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___ continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

IN RE Mirzakhanyan, Zharman
_____
Debtor(s)

Case No. 2:10-bk-42831-EC
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3179<br>State Of California Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA  94267-0011 | X | | Unpaid State income tax from 2008. | | | X | 982.68 | 982.68 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ 982.68 | $ 982.68 | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ 982.68

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ 982.68 | $

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                    Case No. **2:10-bk-42831-EC**

**Mirzakhanyan, Zharman**                                 Chapter **13**
_____
                Debtor(s)

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **3** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **August 26, 2010**        Signature: **/s/ Zharman Mirzakhanyan**
                                            **Zharman Mirzakhanyan**                    Debtor

Date: 08/26/2010                 Signature: [signature]
                                                                                  Joint Debtor, if any

Date: _____            Signature: _____
                                                                                  Attorney (if applicable)

```
Zharman Mirzakhanyan
1335 Highland Avenue
Glendale, CA  91202
```

Bank Of America
PO BOX 15026
Wilmington, DE  19850


Bloomingdale's
PO Box 183083
Columbus, OH  43218-3083


Chase Bank
900 Stewart Avenue FL 3
Garden City, NY  60094-4014


DCFS USA LLC
36455 Corporate Drive
Farmington, MI  48331


Excel National Bank
43385 Business Park Drive Suite 16
Temecula, CA  92590


HSBC Bank
1441 Schilling Place
Salinas, CA  93901


HSBC Bank
Best Buy
PO Box 15519
Wilmington, DE  19850


LVNV Funding LLC
PO Box 10584
Greenville, SC  29603


Macy's Credit And Customer Service
9111 Duke Blvd
Mason, OH  45040

NCO Financial Systems
507 Prudential ROA
Horsham, PA  19044


Neiman Marcus
PO Box 5235
Carol Stream, IL  60197-5235


Real Time Resolution
1750 Regal Row Suite 120
Dallas, TX  75235


Recontrust Company NA
1800 Tapo Canyon Rd SV2-202
Simi Valley, CA  93063


RESS Inc
9070 Irvine Center Drive Suite 120
Irvine, CA  92618


Sears
2626 S Hardy Drive
Tempe, AZ  85282


State Of California Franchise Tax B
PO Box 942867
Sacramento, CA  94267-0011

United States Bankruptcy Court
Central District of California

IN RE:                                                              Case No. 2:10-bk-42831-EC

Mirzakhanyan, Zharman                                               Chapter 13
                          Debtor(s)

TO:

State Of California Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0011

## NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on __8/06/2010__, in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;
(2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;
(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;
(4) any act to create, perfect, or enforce any lien against property of the estate;
(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;
(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;
(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and
(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).

## CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the __26th__ day of __August__, __2010__ I sent a true and correct copy of the above Notice of Automatic Stay via Facsimile / ~~United States Mail postage prepaid~~ to the above stated person.

VAZGEN MIRZAKHANYAN

B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

IN RE:                                                             Case No. **2:10-bk-42831-EC**

Mirzakhanyan, Zharman                                       Chapter **13**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 920,000.00 | | |
| B - Personal Property | Yes | 3 | $ 7,830.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 1,068,601.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 982.68 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 26,941.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 4,875.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 4,630.00 |
| TOTAL | | 14 | $ 927,830.00 | $ 1,096,524.68 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Central District of California**

IN RE: Case No. 2:10-bk-42831-EC

Mirzakhanyan, Zharman                Chapter 13
　　　　　　Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 982.68 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | **$ 982.68** |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 4,875.00 |
| Average Expenses (from Schedule J, Line 18) | $ 4,630.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 4,500.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 588,600.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 982.88 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 26,941.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 615,541.00 |