NICK I. IEZZA, SBN 128570
SUSAN SIMMONS SEEMILLER, SBN 150546
**SPIWAK & IEZZA, LLP**
555 Marin Street, Suite 140
Thousand Oaks, CA 91360
(805) 777-1175 Telephone
(805) 777-1168 Facsimile

Refer to File Number: 823.0004
Attorneys for Creditor Excel National Bank

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | CASE NO. 2:10-bk-42831-EC |
| | Chapter 13 |
| ZHARMEN MIRZAKHANYAN, | **OBJECTION TO DEBTOR'S CHAPTER 13 PLAN** |
| Debtor. | |
| | DATE:  October 21, 2010 |
| | TIME:  1:30 p.m. |
| | CTRM:  1639 |
| | 255 E. Temple Street |
| | Los Angeles, CA 90012 |

TO THE DEBTOR AND KATHY A. DOCKERY, THE CHAPTER 13 TRUSTEE:

Creditor Excel National Bank ("Bank") hereby objects to the Chapter 13 Plan because it fails to provide proper treatment of the Bank's secured claim to certain real property located at 901 Geer Road, Turlock, California ("Subject Property").

Debtor's husband, Vazgen Mirzakhanyan ("Borrower"), is the sole borrower under a Promissory Note dated February 21, 2006, in the original amount of $1,124,000.00. To secure the debt, Borrower gave the Bank a Deed of Trust to the Subject Property, which he owned as "a married man as his sole and separate property."

///

---

**1**
**OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

Borrower defaulted on the Promissory Note, and the Bank recorded a Notice of Default. The Trustee's sale was scheduled for September 14, 2010.

Debtor filed this bankruptcy proceeding on August 6, 2010. Although Debtor apparently had no ownership interest in the Subject Property, she listed the property in Schedule A, assigning a value of $600,000 and acknowledging that she "[w]ill lose to foreclosure." She further stated, in Schedule F, that "Debtor intends to surrender the property." True and correct copies of these Schedules are attached as Exhibit "1."

On September 13, 2010, just one day before the foreclosure sale, a Grant Deed was recorded in which Borrower granted 50% of his interest in the Subject Property to Debtor. A true and correct copy of that Grant Deed is attached as Exhibit "2." After receiving notice of this Grant Deed, the Bank postponed the foreclosure sale.

It appears that the sole purpose of this post-petition transfer was to disrupt the foreclosure sale through the automatic stay. Debtor's Chapter 13 Plan does not mention the Subject Property. It provides only for treatment of unsecured creditors.

Unless a debtor's plan proposes to pay a secured claim according to the original contract terms, the debtor has four options for treating secured claims: (1) to cure and reinstate the secured creditor's debt (11 U.S.C. § 1322(b)(3), (5)); (2) to obtain the secured creditor's consent to the plan (11 U.S.C. § 1325(a)(5)(A)); (3) to surrender the collateral to the secured creditor (11 U.S.C. § 1325(a)(5)(C)); or (4) to allow the creditor to retain the lien and obtain payment under the plan (11 U.S.C. § 1325(a)(5)(B)). Debtor's Plan fails to provide for any of these options and, for that reason alone, may not be confirmed.

The Bank believes Borrower made the post-petition transfer to defraud the Bank and to hinder and delay foreclosure proceedings. The Subject Property is worth less than half the

2

**OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

1 | total debt of $1,261,629.44. Consequently, the Bank has moved for relief from the automatic stay for purposes of proceeding with the foreclosure. That motion is scheduled to be heard by this Court on November 2, 2010, at 1:30 p.m.

For the reasons set forth above, and in the pending motion for relief from the automatic stay, the Bank requests that Debtor's motion for confirmation of the Chapter 13 Plan be denied, and that the Bank's motion for relief from stay be granted.

Respectfully submitted,

Dated: October 4, 2010

SPIWAK & IEZZA, LLP

By: _____
SUSAN SIMMONS SEEMILLER
Attorneys for Creditor Excel National Bank

3
**OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

EXHIBIT "1"

B6A (Official Form 6A) (12/07)

IN RE Mirzakhanyan, Zharman                                              Case No. _____
                    Debtor(s)                                                       (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1335 Highland Avenue Glendale, California 91202 | | W | 320,000.00 | 609,601.00 |
| 901 Geer RD. Turlock, CA 95380 | Will lose to foreclosure | | 600,000.00 | 230,000.00 |
| | | TOTAL | 920,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

IN RE **Mirzakhanyan, Zharman** _____ Case No. _____
   Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand. | C | 30.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account Bank of America Montrose branch. | W | 500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Miscellaneous household goods and furnishings | W | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Miscellaneous women's clothing. | W | 700.00 |
| 7. Furs and jewelry. | | Wedding ring, and costume jewelry. | W | 600.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Whole Life policy New York Life. Polic was purchased about 4 years ago. | W | 4,000.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Mirzakhanyan, Zharman _____    Case No. _____
                                Debtor(s)                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Mirzakhanyan, Zharman _____ Case No. _____ (If known)
                                    Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 7,830.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

___0___ continuation sheets attached

B6C (Official Form 6C) (04/10)

IN RE Mirzakhanyan, Zharman _____    Case No. _____ (If known)
　　　　　　　　　　Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:　　☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Checking account Bank of America Montrose branch. | CCCP § 704.080 | 500.00 | 500.00 |
| Miscellaneous household goods and furnishings | CCCP § 704.020 | 2,000.00 | 2,000.00 |
| Miscellaneous women's clothing. | CCCP § 704.020 | 700.00 | 700.00 |
| Wedding ring, and costume jewelry. | CCCP § 704.040 | 600.00 | 600.00 |
| Whole Life policy New York Life. Polic was purchased about 4 years ago. | Labor §404 | 4,000.00 | 4,000.00 |

* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE Mirzakhanyan, Zharman  
　　　　　Debtor(s)

Case No. _____  
　　　　　(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5340<br>Bank Of America<br>P.O. BOX 15026<br>Wilmington, DE 19850 | | | Debtor's residence, which was acquired 2005.<br><br>VALUE $ 320,000.00 | | X | | 649,801.00 | 329,800.00 |
| ACCOUNT NO.<br>Excel National Bank<br>43385 Business Park Drive, Suite 160<br>Temecula, CA 92590 | | | Remainder anticipated after foreclosure sale of Turlock property.<br><br>VALUE $ | | X | | 329,000.00 | 329,000.00 |
| ACCOUNT NO. 1006<br>Real Time Resolution<br>1750 Regal Row, Suite 120<br>Dallas, TX 75235 | | | Second Mortgage on debtor's primary mortgage.<br><br>VALUE $ 320,000.00 | | X | | 29,800.00 | 29,800.00 |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

_0_ continuation sheets attached

Subtotal (Total of this page) $ 1,008,601.00 | $ 688,600.00

Total (Use only on last page) $ 1,008,601.00 | $ 688,600.00

(Report also on Summary of Schedules.)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE Mirzakhanyan, Zharman _____    Case No. _____ (If known)
                            Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___0___ continuation sheets attached

B6F (Official Form 6F) (12/07)

IN RE Mirzakhanyan, Zharman _____   Case No. _____
                          Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9742<br>Bloomingdale's<br>P.O. Box 183083<br>Columbus, OH 43218-3083 | | | Revolving credit card account. | | X | | 465.00 |
| ACCOUNT NO. 6542<br>Chase Bank<br>900 Stewart Avenue, FL 3<br>Garden City, NY 60094-4014 | | | Credit card account. | | X | | 4,922.00 |
| ACCOUNT NO. 2505<br>DCFS USA, LLC<br>36455 Corporate Drive<br>Farmington, MI 48331 | | | Judgment following return after expiration lease. | | X | | 8,740.00 |
| ACCOUNT NO.<br>Excel National Bank<br>43385 Business Park Drive, Suite 160<br>Temecula, CA 92590 | | | Residual after foreclosure set for August 18, 2010. Debtor intends to surrender the property. | | X | | 320,000.00 |

___1___ continuation sheets attached

Subtotal (Total of this page)   $ 334,127.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# EXHIBIT "2"

09/13/2010  10:00   8182489805         COPY NETWORK INC            PAGE 01/05
                                    FEDEX KINKOS TURLOCK           ☑001/002

[Print Form]

| RECORDING REQUESTED BY | |
|---|---|
| WHEN RECORDED MAIL TO | Stanislaus, County Recorder |
| NAME  VAZGEN MIRZAKHANYAN | Lee Lundrigan Co Recorder Office |
| | DOC- 2010-0080804-00 |
| MAILING ADDRESS  3338 Stephens Circle | Acct  402-Counter Customers |
| | Monday, SEP 13, 2010  08:00:11 |
| CITY, STATE  Glendale, California 91208 | Ttl Pd  $37.00    Nbr-0002946904 |
| ZIP CODE | OCE/R2/1-2 |

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

TITLE(S)
GRANT DEED

09/13/2010  10:00   8182489805              COPY NETWORK INC                    PAGE 02/05
                                                                                 002/002

Recording requested by:

And when recorded, mail this deed and tax statements to:

Vazgen Mirzakhanyan
3338 Stephens Circle
Glendale, CA 91208

## GRANT DEED

APN: 042-004-001-000

DOCUMENTARY TRANSFER TAX $ 0
EXEMPTION (R&T CODE) _____
EXPLANATION _____
the undersigned
Signature of Declarant or Agent determining tax

For a valuable consideration, receipt of which is hereby acknowledged, VAZGEN MIRZAKHANYAN hereby grant(s) to ZHARMAN MIRZAKHANYAN an undivided one half (50%) interest as husband and wife, in the following real property in the City of Turlock, County of Stanislaus, California: 901 Geer Road, Turlock, CA 95380. Also known as:

LOTS 1, 2, 3, 4, 5 AND 6, IN BLOCK 1 BOULEVARD PARK, AS PER MAP FILED MAY 14, 1908 IN VOL. 3 OF MAPS, PAGE 43, STANISLAUS COUNTY RECORDS.

EXCEPTING THEREFROM ALL THAT PORTION CONVEYED TO THE COUNTY OF STANISLAUS BY DEED RECORDED IN VOL. 1698, PAGE 30, AS DOCUMENT NO NO. 23316, AND ALSO EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE CITY OF TURLOCK, A MUNICIPAL CORPORATION BY DEED RECORDED AUGUST 8, 1973 IN VOL. 2571 OF OFFICIAL RECORDS, AT PAGE 692, AS DOCUMENT NO. 5229.

Date: 9/10/10 _____
                  Vazgen Mirzakhanyan, Declarant

State of California
County of Los Angeles

On 09/10/10, 2010, before me, GARNIK AREMANIANS, Notary Public, personally appeared Vazgen Mirzakhanyan, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary

GARNIK AREMANIANS
COMMISSION #1787829
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY

| In re: Zharmen Mirzakhanyan | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-42831 |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
555 Marin Street, Suite 140
Thousand Oaks, CA 91360

A true and correct copy of the foregoing document described as <u>Objection to Debtor's Chapter 13 Plan</u> _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _October 4, 2010_ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
Zharmen Mirzakhanyan (in pro se) / Vazgen Mirzakhanyan - 3338 Stephans Circle   Glendale, CA 91208
Trustee: Kathy A. Dockery (TR) - 700 S. Flower Street, Suite 1950   Los Angeles, CA 90017
United States Trustee (LA) - 725 S. Figueroa Street, 26th Floor   Los Angeles, CA 90017

X   Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/4/2010 | Carol A. Kubesh | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**
F901331

| In re: Zharmen Mirzakhanyan | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-42831 |

**ADDITIONAL SERVICE INFORMATION (if needed):**

courtesy copies to:


BAC Home Loans Servicing LP

c/o Joe M. Lozano, Jr. - Brice, Vaner Linden & Wernick

9441 LBJ Freeway, Suite 350

Dallas, TX   75243


HSBS Bank Nevada, N.A.

c/o Bass & Associates, PC

3936 E. Fort Lowell Road, Suite 200

Tucson, AZ 85712

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    **F 9013-3.1**