| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Zharmen Mirzakhanyan, Debtor<br>3338 Stephans Circle<br>Glendale, California 91208<br><br>FILED<br>OCT 20 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk<br><br>☐ Attorney for Debtor(s)<br>☑ Debtor(s), appearing without an attorney | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES  DIVISION

| In re: Zharmen Mirzakhanyan,<br><br><br><br>Debtor(s). | CASE NO.: 2:10-BK-42831<br>CHAPTER: 13<br><br>**DEBTOR'S NOTICE OF CONVERSION OF BANKRUPTCY CASE FROM CHAPTER 13 TO CHAPTER 7 [11 U.S.C. §1307(a), LBR 1017-1, LBR 3015-1(q)(2)]**<br><br>No hearing required.  No order required. |
|---|---|

**PLEASE TAKE NOTICE THAT THAT DEBTOR CONVERTS THIS CHAPTER 13 CASE TO A CASE UNDER CHAPTER 7 ON THE FOLLOWING GROUNDS:**

1. A voluntary petition under chapter 13 was filed on (*insert date*): 8/6/10

2. Name of chapter 13 trustee appointed: Kathy Dockery

3. This case has not previously been converted.

4. The additional filing fee is being paid concurrently with the filing of this notice.

5. This notice of conversion is filed in good faith, and Debtor is eligible for relief under chapter 7.

Dated: 10/19/10

Respectfully submitted,

By: _____
Signature of Debtor or Attorney for Debtor(s)

Name: Zharmen Mirzakhanyan
*Type Name of Debtor or Attorney for Debtor(s)*

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                    Page 1                    **F 3015-1.21.NOTICE.CONVERT.CH13**

JUDGE'S COPY

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3338 Stephan Circle Glendale, California 91228

A true and correct copy of the foregoing document described as **DEBTOR'S NOTICE OF CONVERSION OF BANKRUPTCY CASE FROM CHAPTER 13 to CHAPTER 7** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**U. S. Trustee:**
**Chapter 13 Trustee:**

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **10/20/10**_____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge **will be** completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/20/10 | Vazgen Mirzakhanyan | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                Page 2            F 3015-1.21.NOTICE.CONVERT.CH13

Zharman Mirzakhanyan
1335 Highland Avenue
Glendale, CA  91202

Bank Of America
PO BOX 15026
Wilmington, DE  19850


Bloomingdale's
PO Box 183083
Columbus, OH  43218-3083


Chase Bank
900 Stewart Avenue FL 3
Garden City, NY  60094-4014


DCFS USA LLC
36455 Corporate Drive
Farmington, MI  48331


Excel National Bank
43385 Business Park Drive Suite 16
Temecula, CA  92590


HSBC Bank
1441 Schilling Place
Salinas, CA  93901


HSBC Bank
Best Buy
PO Box 15519
Wilmington, DE  19850


Katheryn Dockery
Chapter 13 Trustee
700 South Flower Street Suite 1950
Los Angeles, CA  90017

LVNV Funding LLC
PO Box 10584
Greenville, SC  29603


Macy's Credit And Customer Service
9111 Duke Blvd
Mason, OH  45040


NCO Financial Systems
507 Prudential ROA
Horsham, PA  19044


Neiman Marcus
PO Box 5235
Carol Stream, IL  60197-5235


Office Of The US Trustee
725 S Flower Street Suite 1950
Los Angeles, CA  90017


REFS Inc
9070 Irvine Center Drive Suite 120
Irvine, CA  92618


Raymond King Esq
King & Associates
140 Newport Center Drive Suite 250
Newport Beach, CA  92660


Real Time Resolution
1750 Regal Row Suite 120
Dallas, TX  75235


Recontrust Company NA
1800 Tapo Canyon Rd SV2-202
Simi Valley, CA  93063

Sears
2626 S Hardy Drive
Tempe, AZ   85282


State Of California Franchise Tax B
PO Box 942867
Sacramento, CA   94267-0011


Susan Seemiller Esq
Spiwak And Iezza
355 Marin Street Suite 140
Thousand Oaks, CA   91360